AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jorge Sanchez-Prado<br><br>*Defendant(s)* | Case No.<br><br>8:16MJ1709JSS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 27, 2016__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William Hemberger, Deportation Officer,  ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/27/16

_____
*Judge's signature*

City and state: Tampa, Florida

JULIE S. SNEED, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, William Hemberger, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law enforcement officer since March, 2010.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of others and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge, Jorge Sanchez-Prado, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

## FACTS AND CIRCUMSTANCES

4. On October 27, 2016, Jorge Sanchez-Prado, was found at his residence in Plant City, Hillsborough County, Middle District of Florida, by ICE- ERO Officers.

5. ICE received a lead in September 2016 from the National Criminal Analysis and Targeting Center that Sanchez-Prado was back in the United States. He

had been arrested in Polk County, Florida in July 2015 for battery/domestic violence.

6. I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-file) belonging to Jorge Sanchez-Prado. Upon review of these documents, I determined that Jorge Sanchez-Prado is a native and citizen of Mexico who is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about September 19, 2002.

7. Fingerprints taken of Jorge Sanchez-Prado were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removals from the United States. IAFIS indicates that they are from the same person.

8. Computer record checks also indicate that on July 18, 2002, Jorge Sanchez-Prado was convicted in Polk County, Florida for Driving Under the Influence and Driving with License Suspended/Revoked, and on June 6, 2002, he was convicted in Polk County, Florida for Driving Under the Influence.

9. No information exists, either in the A-file documents or the computer databases, that Jorge Sanchez-Prado had either requested or received permission from any immigration official to reenter the United States after his deportations.

## CONCLUSION

10.     Based on the foregoing facts, I believe there is probable cause to establish that Jorge Sanchez-Prado, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

_____
William Hemberger, Deportation Officer
ICE ERO

Sworn to and subscribed before me
this __27__ day of October, 2016, in Tampa, Florida.

_____
JULIE S. SNEED
United States Magistrate Judge

3